**BEXAR COUNTY and Sheriff Ralph Lopez, Appellants,**

v.

**Rafael Rodriguez MAGALLANES, Appellee.**

No. 08–02–00261–CV.

Court of Appeals of Texas, El Paso.

May 1, 2003.

Sue Ann Gregory, San Antonio, Jose R. Rodriguez, County Attorney, El Paso, for appellants.

Sergio Gonzalez, El Paso, for appellee.

---

Before Panel No. 3 BARAJAS, C.J., LARSEN, and CHEW, JJ.

*OPINION*

RICHARD BARAJAS, Chief Justice.

Pending before the Court is the Appellants' motion to dismiss and the Appellee's motion to dismiss this appeal pursuant to TEX.R.APP. P. 42.1(a)(2), which states:

(a) The appellate court may dispose of an appeal as follows:

(2) By Agreement. In accordance with an agreement signed by the parties or their attorneys and filed with the clerk,

. . .

The parties have complied with the requirements of Rule 42.1(a)(2). The Court has considered this cause on the motions and concludes the motions should be granted and the appeal should be dismissed. We therefore dismiss the appeal.